In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for Widening Whitlock Avenue.

JOHN B. SIMPSON, JR., as Executor and Trustee under the Will of WILLIAM SIMPSON, Deceased, Appellant.

*Matter of City of New York* (*Whitlock Ave.*), 178 App. Div. 896, appeal dismissed.

(Argued June 5, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 27, 1917, which affirmed an order of Special Term denying a motion to set aside the above-entitled proceeding.

*Truman H. Baldwin* and *Ralph L. Baldwin* for appellant.

*Lamar Hardy, Corporation Counsel* (*Joel J. Squier* and *John J. Kearney* of counsel), for respondent.

Appeal dismissed upon the ground that it is from an intermediate and not a final order; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ.